UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 11/15/07

C-07-03364 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

Title: HYLER ET AL vs. INVESTMENT GRADE LOANS, INC. ET AL

Atty.:   NO APPEARANCE

Deputy Clerk: Lisa R. Clark          Court Reporter:   N/R

**PROCEEDINGS**
Plt   DFT
( ) ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at p.m.
Case Continued to 12/19/07 @ 4:00 PM  for OSC RE: DISMISSAL
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PLAINTIFF'S COUNSEL FAILED TO INITIATE THE CONFERENCE CALL WITH ALL PARTIES ON THE LINE; CASE SET FOR OSC RE: DISMISSAL FOR FAILURE TO PROSECUTE
cc: JON