SUSAN J. BAYERD (SBN 099290)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689


Attorneys for defendants
Fletcher Hartwell Hyler and Sheryl Root Hyler

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, *in pro per*<br><br>         Plaintiff,<br><br>v.<br>INVESTMENT GRADE LOANS, INC., et. al.,<br><br>         Defendants. | 4:07 cv-03364 SBA<br><br>**CERTIFICATE OF COUNSEL** |

   I, Susan J. Bayerd, attest that I became aware of this case on Friday, December 14, 2007, and was requested at that time by the Plaintiffs to file a Notice of Appearance and take over the case.  Until this time, the Plaintiffs have been self-represented.  This case should not be dismissed for failure to prosecute for the following reasons:

   (a)   Plaintiffs have never received notification of the Order to Show Cause hearing scheduled for December 19, 2007;

   (b) I have only this date become their attorney and will need some time to become cognizant of all the issues in the case;

   (c)  The case has not been prosecuted because Plaintiffs were unaware that the Trustee in Bankruptcy, Andrea A. Wirnum, had transferred the case. In fact, Plaintiffs discovered its existence only last week.

1  For the foregoing reasons I hereby request that the Order to Show Cause hearing currently set for December 19, 2007 be postponed to Wednesday, January 2, 2008 or such other later date as meets the Court's scheduling requirements for hearings of this type.

Dated: December 17, 2007

GREENE, CHAUVEL, DESCALSO
& MINOLETTI

*Susan J. Bayerd*

By:_____
Susan J. Bayerd,
Attorneys for Defendants Fletcher Hartwell Hyler
and Sheryl Root Hyler

SJB\HYLER\PLEADINGS\CERTIFICATE OF COUNSEL