SUSAN J. BAYERD (SBN 099290)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE: 650-573-9500
FACSIMILE: 650-573-9689

Attorneys for Plaintiffs
Fletcher Hartwell Hyler and Sheryl Root Hyler

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT GRADE LOANS, INC., et. al.,<br><br>Defendants. | 4:07 CV-03364 SBA<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Susan J. Bayerd, Esq. will henceforth be appearing on behalf of FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, presently proceeding *pro se*, in this matter.

Dated: December 17, 2007        GREENE, CHAUVEL, DESCALSO
                                                              & MINOLETTI

                                                    *Susan J. Bayerd*
                        By:_____
                                Susan J. Bayerd,
                                Attorneys for Plaintiffs Fletcher Hartwell Hyler and
                                Sheryl Root Hyler

SJB\HYLER\PLEADINGS\NOTICE OF APPEARANCE

1