**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FLETCHER HARTWELL HYLER, *et al.*,

    Plaintiffs,

 v.

INVESTMENT GRADE LOANS, INC., *et al.*,

    Defendants.

No. C 07-3364 SBA

**ORDER**

On December 3, 2007, the Court ordered the plaintiffs to show cause why their case should not be dismissed for failure to prosecute. *See* Docket No. 7. The plaintiffs, at the time proceeding *pro per*, failed to appear at a scheduled case management conference. The plaintiffs have since retained counsel and have explained their failure to appear for the case management conference. *See* Docket No. 9. Accordingly, the Court's order to show case is hereby VACATED.

A case management conference is hereby set for January 23, 2008 at 3:30 P.M., via telephone. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

December 19, 2007

                                           Saundra B Armstrong
                                           Saundra Brown Armstrong
                                           United States District Judge