1  SUSAN J. BAYERD (SBN 099290)
   GREENE, CHAUVEL, DESCALSO & MINOLETTI
2  155 BOVET ROAD, SUITE 780
   SAN MATEO, CALIFORNIA 94402
3  TELEPHONE:  650-573-9500
   FACSIMILE:  650-573-9689
4

5  Attorneys for Plaintiff
   Fletcher Hartwell Hyler and Sheryl Root Hyler
6

7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10

11 FLETCHER HARTWELL HYLER and          4:07 cv-03364 SBA
   SHERYL ROOT HYLER,
12                                           CASE MANAGEMENT STATEMENT
                                             OF  FLETCHER HARTWELL HYLER
13                Plaintiff,                  AND SHERYL ROOT HYLER

14 v.

15 INVESTMENT GRADE LOANS, INC., et. al.,

16                Defendants.

17

18

19        Plaintiffs Fletcher Hartwell Hyler and Sheryl Root Hyler hereby submit their Case

20 Management Conference Statement in this matter.  The attorneys for Investment Grade Loans,

21 Inc., *et al*  ("IGL") and attorneys for Plaintiffs have met and conferred and have been unable to

22 reach agreement on a Joint Case Management Statement.  Accordingly, IGL's attorneys have

23 elected to file a separate Statement.

24        This case was transferred from the U.S. Bankruptcy court, Northern District of California

25 on June 27, 2007.  The case was reassigned to Judge Saundra Brown Armstrong on July 3,

26 2007.For some time the parties attempted to negotiate a global settlement in this matter;

27

28

1  however, such efforts have not borne fruit to date and the prospect for same in the future appears

2  dim.   Given that settlement has not occurred Plaintiffs are compelled to proceed with this action.

3       Plaintiffs understand that Defendants in this matter have taken the position that this

4  action is duplicative of  Action No. 07-CV-03180 WHA (the "San Francisco matter"), a matter

5  which was in Defendants' perspective settled in September, 2007 pursuant to a Settlement

6  Agreement (the "Agreement").   Plaintiffs acknowledge, that on the face of the documents, it

7  appears that the San Francisco matter and the within action are duplicative.  Notwithstanding,

8  Plaintiffs maintain that good cause exists to rescind the Agreement, and therefore, to avoid the

9  necessity of closing and reopening another court file, Plaintiffs believe that this case should

10  remain open for purposes of entertaining Plaintiffs' motion to rescind the Agreement and

11  reinstate the underlying TILA action.

12       To that end,  Plaintiffs propose:

13  (a)    No joinder of additional parties is contemplated by Plaintiffs.

14  (b)   Plaintiffs do not contemplate any amendment to the pleadings.

15  (c)    This court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. §

16  1601, et. seq. (the Truth in Lending Act).

17  (d) Plaintiffs have propounded no discovery to date.   In the event that this action does go

18  forward, Plaintiffs' proposed discovery plan is:

19      Phase  I:

20      (1) propound written discovery (interrogatories, requests for admissions and requests for

21      production of documents);

22      (2) take deposition of Andrew Lewis, principal of IGL.

23      Phase II:

24      (1) follow up written discovery;

25      (2) take depositions of individual IGL investors.

26

27

28

1

2    Phase III:

3    (1) wrap up written discovery;

4    (2) take depositions of expert witnesses.

5

Dated: January  11, 2008                 GREENE, CHAUVEL, DESCALSO
6                                                       & MINOLETTI

7                                                  *Susan J. Bayerd*

By:_____
8                                          Susan J. Bayerd,
                                           Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28