1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                              By:   /s/ Leo B. Siegel
28

DEFENDANTS IGL, ET AL.'S CASE MANAGEMENT STATEMENT