# EXHIBIT "B"

JENKINS MULLIGAN & GABRIEL L.L.P.
Daniel J. Mulligan [SBN: 103129]
dan@jmglawoffices.com
Larry W. Gabriel [SBN: 68329]
lgabriel@jmglawoffices.com
Thomas A. Jenkins [SBN: 92213]
tom@jmglawoffices.com
660 Market Street, Third Floor
San Francisco CA 94104
Tel: (415) 982-8500
Fax: (415) 982-4518

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>INVESTMENT GRADE LOANS, INC., et.al.,<br><br>    Defendants. | Case No.: 07-CV-03180 WHA<br><br>[PROPOSED] ORDER DISMISSING ACTION |

The parties having stipulated thereto, pursuant to Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice. All parties are to bear their own costs.

Dated:  September 6, 2007

WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*