# EXHIBIT "C"

1  SUSAN J. BAYERD (SBN 099290)
   GREENE, CHAUVEL, DESCALSO & MINOLETTI
2  155 BOVET ROAD, SUITE 780
   SAN MATEO, CALIFORNIA 94402
3  TELEPHONE: 650-573-9500
   FACSIMILE: 650-573-9689
4

5  Attorneys for defendants
   Fletcher Hartwell Hyler and Sheryl
6  Root Hyler

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10

11 FLETCHER HARTWELL HYLER and          4:07 cv-03364 SBA
   SHERYL ROOT HYLER, *in pro per*
12                                       CERTIFICATE OF COUNSEL
         Plaintiff,
13
   v.
14 INVESTMENT GRADE LOANS, INC., et.
   al.,
15
         Defendants.
16
        I, Susan J. Bayerd, attest that I became aware of this case on Friday, December 14, 2007,
17
   and was requested at that time by the Plaintiffs to file a Notice of Appearance and take over the
18
   case. Until this time, the Plaintiffs have been self-represented. This case should not be
19
   dismissed for failure to prosecute for the following reasons:
20
        (a) Plaintiffs have never received notification of the Order to Show Cause hearing
21
   scheduled for December 19, 2007;
22
        (b) I have only this date become their attorney and will need some time to become
23
   cognizant of all the issues in the case;
24
        (c) The case has not been prosecuted because Plaintiffs were unaware that the Trustee in
25
   Bankruptcy, Andrea A. Wirnum, had transferred the case. In fact, Plaintiffs discovered its
26
   existence only last week.
27

28
                                          1

01/11/2008 10:28 4083775270 PAGE 02
Case 4:07-cv-03364-SBA    Document 13-4    Filed 01/13/2008    Page 3 of 3
Case 4:07-cv-03364-SBA    Document 9    Filed 12/17/2007    Page 2 of 3

1 | For the foregoing reasons I hereby request that the Order to Show Cause hearing
2 | currently set for December 19, 2007 be postponed to Wednesday, January 2, 2008 or such other
3 | later date as meets the Court's scheduling requirements for hearings of this type.

4 | Dated: December 17, 2007          GREENE, CHAUVEL, DESCALSO
                                           & MINOLETTI
5 |                                      *Susan J. Bayerd*
                                    By:_____
6 |                                      Susan J. Bayerd,
                                         Attorneys for Defendants Fletcher Hartwell Hyler
7 |                                      and Sheryl Root Hyler

8 |
9 | SJB\HYLER\PLEADINGS\CERTIFICATE OF COUNSEL