1  Michael E. Stone, Esq. State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Secured Creditors and
   Trustee INVESTMENT GRADE LOANS, ET AL
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11
   FLETCHER HARTWELL HYLER and          CASE NO.: CV 07-3364 SBA
12 SHERYL ROOT HYLER,
                                         PROOF OF SERVICE
13              Plaintiffs,
                                         Hearing Date: Jan. 23, 2008
14       vs.                             Time:  3:30 pm
                                         Place: U.S. District Court
15 INVESTMENT GRADE LOANS, INC., et al.         1301 Clay St. Ctrm. 3
                Defendants.                      Oakland, CA 94612
16                                       Judge:  Hon. Saundra B. Armstrong
                                    /
17

18

19       I, Tracy Duarte, declare that I am a citizen of the United States, that I have attained the

20 age of majority, and that I am not a party to this action.  My business address is 3425 South

21 Bascom Avenue, Suite I, Campbell, California 95008.  I am familiar with the firm's practice of

22 collection and processing of correspondence to be deposited for delivery via the U.S. Postal

23 Service as well as other methods used for delivery of correspondence.  On the below stated date,

24 in the manner indicated, I caused the within document(s) entitled:

25 CASE MANAGEMENT CONFERENCE STATEMENT

26 to be served on the party(ies) or their (its) attorney(s) of record in this action via:

27

28  **X**     **(By Mail) I caused each envelope (with postage affixed thereto) to be placed in**

1    **the U.S. Mail at Campbell, California** addressed as follows:

2    Susan J. Bayerd

3    Greene, Chauvel, Descalso & Minoletti
     155 Bovet Road, Ste. 780
4    San Mateo, CA 94402

5          I declare under penalty of perjury under the laws of the State of California that the

6    foregoing is true and correct.

7          Executed on January 14, 2008, executed at Campbell, California.

8

9                      /s/ Tracy Duarte
                       TRACY DUARTE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE