# EXHIBIT "B"

1  **JENKINS MULLIGAN & GABRIEL L.L.P.**
   Daniel J. Mulligan [SBN: 103129]
2  dan@jmglawoffices.com
   Larry W. Gabriel [SBN: 68329]
3  lgabriel@jmglawoffices.com
   Thomas A. Jenkins [SBN: 92213]
4  tom@jmglawoffices.com
   660 Market Street, Third Floor
5  San Francisco CA 94104
   Tel: (415) 982-8500
6  Fax: (415) 982-4518

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER, | Case No.: 07-CV-03180 WHA |
| Plaintiffs, | [PROPOSED] ORDER DISMISSING ACTION |
| vs. | |
| INVESTMENT GRADE LOANS, INC., et.al., | |
| Defendants. | |

The parties having stipulated thereto, pursuant to Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice. All parties are to bear their own costs.

Dated:  September 6, 2007

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
United States District Court Judge