1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

HYLER ET AL,                                            No. C 07-03364 SBA

8

            Plaintiff,                              **CLERK'S NOTICE**

9

    v.

10

 INVESTMENT GRADE LOANS, INC. ET AL,

11

            Defendant.
                                        /

12

13    **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this
      action.  Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

14

15          YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for ,
      **January 23, 2008, at 3:30 p.m., has been moved to January 30, 2008, at 3:30 p.m., via
      telephone.**

16

17          **Plaintiff's counsel is to set up the conference call with all the parties on the line and call
      chambers at (510) 637-3559.**

18          **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR
      AUTHORIZATION OF THE COURT.)**

19

20          **Counsel shall file a Joint Case Management Conference Statement 10 days in advance
      of the Case Management Conference that complies with the Standing Order For All Judges Of
      The Northern District Of California and the Standing Order of this Court.**

21

      **Dated: 1/15/08**

22
                                                    **FOR THE COURT,**

23
                                                    **Richard W. Wieking, Clerk**

24
                                                    **By: s/Lisa R. Clark**

25
26
27
28

**United States District Court**
**For the Northern District of California**

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

**HYLER et al,**

        **Plaintiff,**

  **v.**

**INVESTMENT GRADE LOANS, INC. et al,**

        **Defendant.**                              /

**Case Number: CV07-03364 SBA**

**CERTIFICATE OF SERVICE**

**I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.**

**That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.**

**USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341**

**Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104**

**Dated: January 15, 2008**

                      **Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk**