**PROOF OF SERVICE**

<u>Hyler v. Investment Grade Loans, Inc., et al.</u>
**USDC, Northern District, Oakland Division Case No. C-07-03364-SBA**

I, Linda Toscano-Taylor, declare:

 I am a resident of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of the Law Offices of Greene, Chauvel, Descalso & Minoletti, and my business address is, 155 Bovet Road, Suite 780, San Mateo, California 94402.

 On January 23, 2008, I caused to be served

**CLERK'S NOTICE**

\_\_\_\_   BY PERSONAL DELIVERY: I caused each such envelope to be delivered by hand to the offices of each addressee attached.

**XXXX**   BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Mateo, California to each addressee attached.

\_\_\_\_\_   BY FEDERAL EXPRESS: By causing a true copy of said document(s), enclosed in appropriate packaging and addressed as below and with delivery fee thereon fully prepaid, to be delivered to a Federal Express station, where said package was routinely accepted for next-day delivery.

\_\_\_\_   VIA FACSIMILE: I caused each such document to be faxed to the offices of each addressee attached on the parties involved addressed as follows:

Leo B. Siegel, Esq.
Law Office of Michael E. Stone
3425 S. Bascom Avenue, Suite I
Campbell, CA  95008
Telephone:  408.377-9899
Facsimile:  408.377-5270
*Attorneys for Defendant, Investment Grade Loans, Inc.*

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on January 23, 2008 at San Mateo, California.

         *Linda Toscano-Taylor*
         _____
         Linda Toscano-Taylor