SUSAN J. BAYERD (SBN 099290)
         Of Counsel
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE: 650-573-9500
FACSIMILE: 650-573-9689

Attorneys for Plaintiffs Fletcher Hartwell Hyler
and Sheryl Root Hyler

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| FLETCHER HARTWELL HYLER and SHERYL ROOT HYLER,<br><br>            Plaintiff,<br><br>v.<br><br>INVESTMENT GRADE LOANS, INC., et. al.,<br><br>            Defendants. | 4:07 cv-03364 SBA<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

PLEASE TAKE NOTE THAT Action No. 07-CV-0380 WHA (the "San Francisco action") was filed in the San Francisco branch of this Court in 2007. Pursuant to settlement of the San Francisco TILA case by Settlement Agreement dated September 4, 2007 (the "Settlement Agreement"), that case was dismissed with prejudice.

   (A)   The San Francisco action alleged that Investment Grade Loans, *et.al.* ("IGL") engaged in violations of the Truth In Lending Act, 15 U.S.C. §1601, et. seq.

   (B)   Given that the San Francisco action has been dismissed, no coordination is necessary.

   (C)   There is no action pending before any state court relating to any TILA claim of Plaintiffs. There is a state court action pending in San Mateo County Superior

1

NOTICE OF RELATED ACTION                                                                                                          C 07-3364 SBA

1  Court that indirectly arises out of a series of claims that are tangential to the San
2  Francisco action and this action; however, coordination will not avoid conflicts,
3  conserve resources or promote an efficient determination of the action.

Dated: February 1 , 2008                    GREENE, CHAUVEL, DESCALSO
                                                      & MINOLETTI

*Susan J. Bayerd*
By:_____
Susan J. Bayerd,
Attorneys for Defendants Fletcher Hartwell Hyler and Sheryl Root Hyler

SJB\HYLER\PLEADINGS\NOTICE OF RELATED ACTION