1  Michael E. Stone, Esq. State Bar No. 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile

5  Attorney for Secured Creditors and
   Trustee INVESTMENT GRADE LOANS, ET AL
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  FLETCHER HARTWELL HYLER and          CASE NO.: CV 07-3364 SBA
    SHERYL ROOT HYLER,
13                                        DEFENDANTS' RESPONSE TO
              Plaintiffs,                 PLAINTIFFS' NOTICE OF
14                                        RELATED ACTION

15        vs.

16  INVESTMENT GRADE LOANS, INC., et al.

17            Defendants.

18  _____/

19        What Plaintiffs have neglected to disclose is 1) both this action and the one referred to as "the

20  San Francisco action" are the same case: an Adversary Proceeding filed in Bankruptcy Court and

21  ordered transferred to the District Court by the bankruptcy judge Thomas Carlson; 2) that the San

22  Francisco assignment preceded this one by two weeks; 3)  that the parties litigated the TILA (Truth

23  In Lending Act) issues in the San Francisco action, where they were settled (resulting in the action

24  being *dismissed with prejudice*); and 4) that the second assignment of the same case was a clerical

25  error by the court clerk, and when discovered, Plaintiffs' prior attorney agreed to take whatever steps

26  necessary to have this case dismissed as well.

27        Given that the San Francisco action was the older assignment, this case should either be

28  coordinated and transferred to said Action No. 07-CV-0380 WHA, to be included in the dismissal

                                       1

with prejudice, or *sua sponte* dismissed here and now, to correct the clerical error of transferring the same Adversary Proceeding twice, to different departments.

Dated: February 1, 2008

Respectfully submitted,
LAW OFFICE OF MICHAEL E. STONE

By:     /s/ Michael E. Stone
        Michael E. Stone, Attorneys for IGL, et al.

DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF RELATED ACTION