**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| FLETCHER HARTWELL HYLER, *et al.*, | No. C 07-3364 SBA |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| INVESTMENT GRADE LOANS, INC., *et al.*, | |
| Defendants. | |

According to the parties' Joint Case Management Statement ("CMS") [Docket No. 18], in 2007, pursuant to the bankruptcy proceedings of Fletcher H. Hyler, the Trustee in Bankruptcy, Andrea Wirnum, brought an Adversary Action under the Truth in Lending Act against defendants herein. CMS at 2:22-24. At the conclusion of bankruptcy proceedings plaintiffs purchased the claim and took over the proceeding. *Id.* at 2:24-25. The matter was transferred from the bankruptcy court, on June 27, 2007. *Id.* at 1:24-25. It was assigned to Judge Alsup as case 07-CV-03180 WHA, and then *separately* assigned again to Judge Samuel Conti as 07-CV-03364. *Id.* at 1:27-8:1, *see* Docket No. 3-3364. The latter case was reassigned to this Court on July 3, 2007. CMS at 1:28-8:1, *see* Docket No. 3-3364. Defendants submit when this case was transferred from the Bankruptcy Court, the Court's Clerk erroneously transferred it twice. CMS at 1:26-27.

The parties went forward with the litigation through the San Francisco matter, as neither of their attorneys was aware that the duplicative transfer of the case and the filing of this matter in the Oakland Division had been made. *Id.* at 2:25-27. A settlement was reached in the San Francisco matter. *Id.* at 2:27-28. However, plaintiffs assert defendants breached the Agreement in that settlement. *Id.* at 2:28.

Plaintiffs acknowledge, on the face of the documents contained in both the San Francisco matter file and this action, it appears the two actions are duplicative. *Id.* at 2:9-11. Notwithstanding, plaintiffs maintain good cause exists to rescind the Agreement, and therefore, to avoid the necessity

1  of closing and reopening another court file, plaintiffs believe this case should remain open for
2  purposes of entertaining their motion to rescind the Agreement and reinstate the underlying TILA
3  action. *Id.* at 2:11-14. Defendants deny any breach occurred. *Id.* at 3:1. Further, defendants
4  contend if plaintiffs intend to rescind the agreement, they must go before Judge Alsup. *Id.* at 3:2-6.
5        The Court finds as the parties agree the cases are duplicative, the newer one, this one, should
6  be dismissed as such. Therefore, this matter is DISMISSED with prejudice. All matters calendared
7  in this action are VACATED. The Clerk shall CLOSE the file and TERMINATE any pending
8  matters.

10       IT IS SO ORDERED.

11 April 27, 2008        _____
12                                      Saundra Brown Armstrong
                                      United States District Judge